UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

TILE, INC.,

    Plaintiff,

  v.

TRACKR, INC., et al.,

    Defendants.

Case No. 16-cv-05963-HSG

**SCHEDULING ORDER**

Re: Dkt. No. 30

Pursuant to the Court's instructions at the Case Management Conference held on January 17, 2017, the Court **SETS** the following schedule:

1. Deadline to Amend Complaint:      March 10, 2017;
2. Fact Discovery Completion:      June 16, 2017;
3. Initial Expert Disclosures:      June 30, 2017;
4. Rebuttal Expert Disclosures:      July 14, 2017
5. Expert Discovery Completion:      July 28, 2017;
6. Last Date to Hear Dispositive Motions:      September 14, 2017 at 2:00pm;
7. Pre-trial Conference:      October 31, 2017 at 3:00pm;
8. Five-day Jury Trial:      November 13, 2017 at 8:30am.

**IT IS SO ORDERED.**

Dated: 1/24/2017

*Haywood S. Gilliam Jr.*
HAYWOOD S. GILLIAM, JR.
United States District Judge