[ATTORNEYS IDENTIFIED ON SIGNATURE PAGE]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| TILE, INC., <br><br>       Plaintiff, <br><br>   v. <br><br> TRACKR, INC., and CHRISTOPHER HERBERT, <br><br>       Defendants. | Case No.: 3:16-cv-05963-HSG <br><br> **STIPULATION OF DISMISSAL WITH PREJUDICE BETWEEN TILE, INC., TRACKR, INC., AND CHRISTOPHER HERBERT, AND ORDER** |

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff Tile, Inc. ("Tile"), Defendant TrackR, Inc. ("TrackR") and its CEO and co-founder, Defendant Christopher Herbert (collectively, "Defendants"), by their undersigned counsel, hereby stipulate and agree to the following Stipulation of Dismissal (the "Dismissal Stipulation") of the above-entitled action ("Lawsuit"):

1.  This Court has jurisdiction over the parties to this Dismissal Stipulation and the subject matter of this action for a period of three (3) years of the Dismissal.

2.  The parties have reached a confidential settlement agreement relating to the issues raised in the Lawsuit.

3.  Pursuant to that confidential settlement agreement, the Lawsuit, including all claims therein, shall be dismissed in its entirety, with prejudice.

4.  The Court shall retain jurisdiction of the subject matter and the parties to enforce the confidential settlement agreement entered into between the parties and to address any request for injunction based on the settlement agreement.

5.  The parties are not seeking an award of costs or attorneys' fees.

**IT IS SO STIPULATED.**

Consent to the entry of the foregoing dismissal with prejudice is hereby acknowledged.

Dated: March 22, 2017

By: */s/ Patrick E. Premo*
Patrick E. Premo

FENWICK & WEST LLP
Patrick E. Premo (Bar No. 184915)
ppremo@fenwick.com
Eric Ball (Bar No. 241327)
eball@fenwick.com
William L. Pierog (Bar No. 288431)
wpierog@fenwick.com
801 California Street
Mountain View, California 94041
Telephone: (650) 988-8500

Attorneys for Plaintiff
TILE, INC.

Dated:  March 22, 2017

By: /s/  Bobby A. Ghajar
Bobby A. Ghajar

COOLEY LLP
Bobby A. Ghajar (Bar No. 198719)
bghajar@cooley.com
John Paul Oleksiuk (Bar No. 283396)
jpo@cooley.com
Lori Levine (Bar No. 299227)
llevine@cooley.com
1333 2nd Street, Suite 400
Santa Monica, CA 90401
Telephone: (310) 883-6400

Attorneys for Defendants
TRACKR, INC. and
CHRISTOPHER HERBERT

**ATTESTATION PURSUANT TO GENERAL ORDER 45**

I, Patrick E. Premo, attest that concurrence in the filing of this document has been obtained from any signatories indicated by a "conformed" signature (/s/) within this e-filed document. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated:   March 22, 2017          FENWICK & WEST LLP

By:  /s/ Patrick E. Premo
Patrick E. Premo

Attorneys for Plaintiff
TILE, INC.

**ORDER**

**PURSUANT TO STIPULATION, IT IS SO ORDERED AND ADJUDGED THAT**

the above-captioned action, including all claims, is hereby dismissed in its entirety, with prejudice and without costs to any party.

This Court shall retain personal and exclusive jurisdiction over Tile, TrackR, and Christopher Herbert for the limited purpose of enforcing or interpreting any portion of the Settlement Agreement between Tile and TrackR and Christopher Herbert for a period of three (3) years from this Dismissal.  Said jurisdiction may be invoked by or against any party hereto by filing a limited request to re-open Case No. 3:16-CV-05963-HSG, where the request shall specifically identify the Settlement Agreement provision in question and the nature of the dispute or disagreement.

Dated: March 23, 2017

_____
The Honorable Haywood S. Gilliam, Jr.
United States District Judge